1  Royal F. Oakes (80480), roakes@barwol.com
   Michael A.S. Newman (205299), mnewman@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5  Attorneys for Defendant
   Metropolitan Life Insurance Company
6

FILED
JUL 11 PM 2: 50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDA WREN, an Individual,

    Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE
COMPANY; and DOES 1 through 50,
Inclusive,

    Defendants.

CV CASE NO. 08 3361 MEJ

DEFENDANT METROPOLITAN LIFE
INSURANCE COMPANY'S
CERTIFICATE OF INTERESTED
PARTIES

Complaint filed: June 2, 2008

633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\240\08pleadings\05 certificate of interested parties.doc

FAXED

1  TO THE HONORABLE COURT, AND TO THE PLAINTIFF AND HIS ATTORNEYS OF
2  RECORD:

4       PLEASE TAKE NOTICE that the undersigned, counsel of record for Defendant
5  Metropolitan Life Insurance Company, certifies that the following listed parties have a direct,
6  pecuniary interest in the outcome of this case:

8  • Metropolitan Life Insurance Company

10       This representation is made to enable this Court to evaluate possible disqualification or
11  recusal, and is pursuant to and in furtherance of the Local Rules.

13  DATED: July 11, 2008                       BARGER & WOLEN LLP

15                                                  By: _____
                                                    ROYAL F. OAKES
16                                                      MICHAEL A.S. NEWMAN
                                                    Attorneys for Defendant
17                                                      Metropolitan Life Insurance Company

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

    On **July 11, 2008**, I served the foregoing document(s) described as **DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PARTIES** on the interested parties in this action by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

Richard Johnston, Esq.<br>
131-A Stoney Circle, Suite 500<br>
Santa Rosa, California 95401

[X] **BY MAIL**

    [X]    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**

    [ ]    I caused such envelope to be delivered to a commercial messenger service with instructions to personally deliver same to the offices of the addressee on this date.

[ ] **BY FACSIMILE**

    [ ]    By transmitting an accurate copy via facsimile to the person and telephone number as follows:

[ ] **BY E-MAIL**

    [ ]    By transmitting an accurate copy(ies) via e-mail to the person(s) and e-mail address(es) as follows:

[X]    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on **July 11, 2008**.

NAME: ROSA E. ROJAS

BARGER & WOLEN LLP
10 EAST 40TH STREET
46th FLOOR
NEW YORK, NY 10016
(212) 557-2800

i:\office7\7197\240\08pleadings\proof.doc