| | |
|---|---|
| 1 | Royal F. Oakes (80480), roakes@barwol.com |
| | Michael A.S. Newman (205299), mnewman@barwol.com |
| 2 | BARGER & WOLEN LLP |
| | 633 West Fifth Street, 47th Floor |
| 3 | Los Angeles, California 90071 |
| | Telephone: (213) 680-2800 |
| 4 | Facsimile: (213) 614-7399 |
| 5 | Attorneys for Defendant |
| | Metropolitan Life Insurance Company |

FILED
08 JUL 11 PM 2:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

MEJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDA WREN, an Individual,

    Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE COMPANY; and DOES 1 through 50, Inclusive,

    Defendants.

CASE NO. CV 08 3361

DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S **CORPORATE DISCLOSURE STATEMENT**

[FRCP 7.1]

Complaint filed: June 2, 2008

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\240\08pleadings\04 corporate disclosure statement.doc

FAXED

1  TO THE COURT, AND TO THE PLAINTIFF AND HER ATTORNEYS OF RECORD:

3  The undersigned, counsel of record for Defendants, hereby make the following disclosure
4  statement pursuant to Federal Rule of Civil Procedure 7.1:

6  • Metropolitan Life Insurance Company, a New York corporation with its principal
7  place of business in New York, is a wholly owned subsidiary of MetLife, Inc., a
8  publicly held corporation.

10 DATED: July 11, 2008                    BARGER & WOLEN LLP

12                                          By: /s/ Michael Newman
                                            ROYAL F. OAKES
13                                          MICHAEL A.S. NEWMAN
                                            Attorneys for Defendant
14                                          Metropolitan Life Insurance Company

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

On **July 11, 2008**, I served the foregoing document(s) described as **DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT** on the interested parties in this action by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

Richard Johnston, Esq.
131-A Stoney Circle, Suite 500
Santa Rosa, California 95401

[X] **BY MAIL**

   [X]   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**

   [ ]   I caused such envelope to be delivered to a commercial messenger service with instructions to personally deliver same to the offices of the addressee on this date.

[ ] **BY FACSIMILE**

   [ ]   By transmitting an accurate copy via facsimile to the person and telephone number as follows:

[ ] **BY E-MAIL**

   [ ]   By transmitting an accurate copy(ies) via e-mail to the person(s) and e-mail address(es) as follows:

[X]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on **July 11, 2008**.

NAME: ROSA E. ROJAS

BARGER & WOLEN LLP
10 EAST 40TH STREET
40th FLOOR
NEW YORK, NY 10016
(212) 557-2800

i:\office7\7197\240\08pleadings\proof.doc