Royal F. Oakes (80480), roakes@barwol.com
Michael A.S. Newman (205299), mnewman@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

FILED
08 JUL 11 PM 2:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEJ

LINDA WREN, an Individual,

    Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE COMPANY; and DOES 1 through 50, Inclusive,

    Defendants.

CV 08 No.: 3361

**CERTIFICATE OF SERVICE OF DEFENDANT'S NOTICE OF REMOVAL**

Complaint filed: June 2, 2008

FAXED

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\240\08pleadings\03 certificate of service of counsel wren.doc

1  I, Rosa Rojas, certify and declare as follows:

3  I am over the age of 18 years and not a party to this action.

5  My business address is 633 W. Fifth St., Forty-Seventh Floor, Los Angeles, CA 90071, where the mailing described below took place. On July 11, 2008, I deposited in the United States mail at Los Angeles, California, a copy of the Notice to Adverse Party of Filing of Removal by Defendant dated July 11, 2008 (a copy without exhibits is attached to this Certificate as Exhibit "A"), to counsel for Plaintiff Linda Wren as follows:

   Richard Johnson
   131-A Stony Circle, Suite 500
   Santa Rosa, California 95401
   Tel: (707) 577-7422

I declare under penalty of perjury under to the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of July, 2008 at Los Angeles, California.

_____
ROSA E. ROJAS

-1-

# EXHIBIT A

1 | Royal F. Oakes (80480)
2 | Michael A.S. Newman (205299)
  | BARGER & WOLEN LLP
3 | 633 West Fifth Street, 47th Floor
  | Los Angeles, California 90071
  | Telephone: (213) 680-2800
4 | Facsimile: (213) 614-7399

6 | Attorneys for Defendant
  | Metropolitan Life Insurance Company

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SONOMA

| | |
|---|---|
| LINDA WREN, an Individual, | CASE NO.: SCV 242965 |
| Plaintiff, | **NOTICE TO ADVERSE PARTY OF FILING OF REMOVAL BY DEFENDANTS** |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY; and DOES 1 through 50, Inclusive, | |
| Defendants. | Complaint filed: June 2, 2008 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\240\08pleadings\07 notice to adv party (state).doc

2

EXHIBIT A

1  TO PLAINTIFF LINDA WREN AND TO HER ATTORNEYS OF RECORD:

3  PLEASE TAKE NOTICE that Defendant Metropolitan Life Insurance Company has filed a Notice of Removal of this action in the United States District Court for the Northern District of California on July 11, 2008. A copy of the Notice of Removal without exhibits is attached to this notice as Exhibit "A," and served and filed herewith.

8  DATED: July 11, 2008                    BARGER & WOLEN LLP

                                           By: _____
                                           ROYAL F. OAKES
                                           MICHAEL A.S. NEWMAN
                                           Attorneys for Defendant
                                           Metropolitan Life Insurance Company

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

On **July 11, 2008**, I served the foregoing document(s) described as **NOTICE TO ADVERSE PARTY OF FILING OF REMOVAL BY DEFENDANTS** on the interested parties in this action by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

> Richard Johnston, Esq.
> 131-A Stoney Circle, Suite 500
> Santa Rosa, California 95401

[X] **BY MAIL**

    [X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**

    [ ] I caused such envelope to be delivered to a commercial messenger service with instructions to personally deliver same to the offices of the addressee on this date.

[ ] **BY FACSIMILE**

    [ ] By transmitting an accurate copy via facsimile to the person and telephone number as follows:

[ ] **BY E-MAIL**

    [ ] By transmitting an accurate copy(ies) via e-mail to the person(s) and e-mail address(es) as follows:

[X] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Los Angeles, California on **July 11, 2008.**

NAME: ROSA E. ROJAS

i:\office7\7197\240\08pleadings\proof.doc

BARGER & WOLEN LLP
19 EAST 40TH STREET
40th FLOOR
NEW YORK, NY 10016
(212) 557-2800

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

On **July 11, 2008,** I served the foregoing document(s) described as **CERTIFICATE OF SERVICE OF DEFENDANTS'S NOTICE OF REMOVAL** on the interested parties in this action by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

Richard Johnston, Esq.
131-A Stoney Circle, Suite 500
Santa Rosa, California 95401

[X] **BY MAIL**

    [X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**

    [ ] I caused such envelope to be delivered to a commercial messenger service with instructions to personally deliver same to the offices of the addressee on this date.

[ ] **BY FACSIMILE**

    [ ] By transmitting an accurate copy via facsimile to the person and telephone number as follows:

[ ] **BY E-MAIL**

    [ ] By transmitting an accurate copy(ies) via e-mail to the person(s) and e-mail address(es) as follows:

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on **July 11, 2008.**

NAME: ROSA E. ROJAS

BARGER & WOLEN LLP
10 EAST 40TH STREET
40th FLOOR
NEW YORK, NY 10016
(212) 557-2800

i:\office7\7197\240\08pleadings\proof.doc

5