Royal F. Oakes (80480), roakes@barwol.com
Michael A.S. Newman (205299), mnewman@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA WREN, an Individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; and DOES 1 through 50, Inclusive,<br><br>          Defendants. | CASE NO.: C 08-03361 MEJ<br><br>PROOF OF SERVICE RE NOTICE OF ASSIGNMENT OF CASE TO A US MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A US MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE US DISTRICT COURT-SAN FRANCISCO; PUBLIC NOTICE AND DROP BOX FILING PROCEDURES<br><br>Complaint filed: June 2, 2008 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\240\08pleadings\cappos.doc

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

On **July 18, 2008,** I served the foregoing document(s) described as **NOTICE OF ASSIGNMENT OF CASE TO A US MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A US MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE US DISTRICT COURT-SAN FRANCISCO; PUBLIC NOTICE; AND DROP BOX FILING PROCEDURES** on the interested parties in this action by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

Richard Johnston, Esq.
131-A Stoney Circle, Suite 500
Santa Rosa, California 95401

[ X ]   **BY MAIL**

   [ X ]   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY PERSONAL SERVICE**

   [ ]   I caused such envelope to be delivered to a commercial messenger service with instructions to personally deliver same to the offices of the addressee on this date.

[ ]   **BY FACSIMILE**

   [ ]   By transmitting an accurate copy via facsimile to the person and telephone number as follows:

[ ]   **BY E-MAIL**

   [ ]   By transmitting an accurate copy(ies) via e-mail to the person(s) and e-mail address(es) as follows:

[ X ]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on **July 18, 2008.**

NAME: ROSA E. ROJAS

BARGER & WOLEN LLP
10 EAST 40TH STREET
40th FLOOR
NEW YORK, NY 10016
(212) 557-2600

i:\office7\7197\240\08pleadings\proof.doc

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

      On **July 18, 2008**, I served the foregoing document(s) described as **PROOF OF SERCIVE RE NOTICE OF ASSIGNMENT OF CASE TO A US MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A US MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE US DISTRICT COURT-SAN FRANCISCO; PUBLIC NOTICE; AND DROP BOX FILING PROCEDURES** on the interested parties in this action by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

                Richard Johnston, Esq.
                131-A Stoney Circle, Suite 500
                Santa Rosa, California 95401

**[ X ] BY MAIL**

    [ X ]    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[ ] BY PERSONAL SERVICE**

    [ ]    I caused such envelope to be delivered to a commercial messenger service with instructions to personally deliver same to the offices of the addressee on this date.

**[ ] BY FACSIMILE**

    [ ]    By transmitting an accurate copy via facsimile to the person and telephone number as follows:

**[ ] BY E-MAIL**

    [ ]    By transmitting an accurate copy(ies) via e-mail to the person(s) and e-mail address(es) as follows:

[ X ]    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on **July 18, 2008**.

NAME: ROSA E. ROJAS

BARGER & WOLEN LLP
10 EAST 40TH STREET
40th FLOOR
NEW YORK, NY 10016
(212) 557-2800

i:\office7\7197\240\08pleadings\proof.doc