1  Royal F. Oakes (80480), roakes@barwol.com
   Michael A.S. Newman (205299), mnewman@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California  90071
   Telephone:  (213) 680-2800
4  Facsimile:  (213) 614-7399

5  Attorneys for Defendant
   Metropolitan Life Insurance Company
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | LINDA WREN, an Individual,                      ) CASE NO.: CV 08 3361 MEJ
                                                     )
12 |         Plaintiff,                              ) JOINT STIPULATION OF COUNSEL TO
                                                     ) EXTEND TIME FOR DEFENDANT
13 |     vs.                                         ) METROPOLITAN LIFE INSURANCE
                                                     ) COMPANY TO FILE ITS RESPONSIVE
14 | METROPOLITAN LIFE INSURANCE                     ) PLEADINGS BY THIRTY DAYS
     COMPANY; and DOES 1 through 50,                 )
15 | Inclusive,                                      ) [Local Rules 7-12]
                                                     )
16 |         Defendants.                             )
                                                     ) Complaint filed: June 2, 2008
17

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\240\08pleadings\09 stipulation to extend responsive pleadings.doc

1    Pursuant to Rule 7-12 of the Local Rules of Practice for the United States District Court
2 for the Northern District of California ("Local Rules"), Plaintiff Linda Wren ("Plaintiff") and
3 Defendant Metropolitan Life Insurance Company ("MetLife"), by and through their respective
4 counsel, hereby stipulate to extend the time within which MetLife may answer or otherwise respond
5 to the initial Complaint filed in the Sonoma County Superior Court on June 2, 2008, served upon
6 Defendants on June 11, 2008, and removed to this Court on July 11, 2008 based upon diversity of
7 citizenship and federal question jurisdiction.

9    Specifically, MetLife shall have an additional thirty (30) days from the response date in
10 which to answer or otherwise respond, which at present is due on July 18, 2008 (five court days
11 after removal), such that a pleading filed on or before August 18, 2008 shall be deemed timely.
12 Good cause exists for this extension because Defendants have only recently retained counsel, and
13 additional time is needed to gather all relevant documents and all matters previously reviewed and
14 considered in connection with Plaintiff's claims, to formulate its interim litigation strategy and to
15 prepare its responsive pleadings.

17    Pursuant to Local Rule 7-12, this stipulation need not be approved by the judge.

19 DATED: July 25, 2008

BARGER & WOLEN LLP

By: _____
ROYAL F. OAKES
MICHAEL A.S. NEWMAN
Attorneys for Defendant
Metropolitan Life Insurance Company

24 DATED: July 27, 2008

RICHARD JOHNSTON LAW OFFICE

By: _____
RICHARD JOHNSTON
Attorneys for Plaintiff
Linda Wren

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-