1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11  LINDA WREN, an individual

No. C  V-083361-MEJ

12
                    Plaintiff(s),

**DECLINATION TO PROCEED BEFORE**
13                                                    **A MAGISTRATE JUDGE**
         v.                                           **AND**
14  METROPOLITAN LIFE INSURANCE            **REQUEST FOR REASSIGNMENT TO A**
    COMPANY; and DOES 1 through 50,        **UNITED STATES DISTRICT JUDGE**
15  Inclusive                    ✚
                    Defendant(s).
16  _____/

17         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18         The undersigned party hereby declines to consent to the assignment of this case to a United

19  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

20  a United States District Judge.

21

22  Dated: August 13, 2008                    Signature [signature]

23
                                              Counsel for  Defendant
24                                            (Plaintiff, Defendant, or indicate "pro se")

25
26
27
28