1  Royal F. Oakes (80480), roakes@barwol.com
   Michael A.S. Newman (205299), mnewman@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California  90071
   Telephone:  (213) 680-2800
4  Facsimile:  (213) 614-7399

5  Attorneys for Defendant
   Metropolitan Life Insurance Company
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 LINDA WREN, an Individual,           ) CASE NO.:  CV 083361 PJH
                                        )
12         Plaintiff,                   ) RE-NOTICE OF MOTION TO DISMISS
                                        )
13     vs.                              )
                                        ) **Re-notice Date: October 29, 2008**
14 METROPOLITAN LIFE INSURANCE          ) (date initially noticed: September 25, 2008)
   COMPANY; and DOES 1 through 50,     ) **Renotice Time: 9:00 a.m.**
15 Inclusive,                           ) **Courtroom 3, 17th Floor**
                                        )
16         Defendants.                  )
                                        ) Complaint filed:  June 2, 2008
17 _____ )

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\240\08pleadings\10 motion 2 dismiss_renotice2.doc

RE-NOTICE OF MOTION TO DISMISS

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Metropolitan Life Insurance Company's ("MetLife") Motion to Dismiss the First and Second Causes of Action of Plaintiff Linda Wren's ("Wren") Complaint, filed with this Court on August 18, 2008 (*initially noticed for September 25, 2008, at 10:00 a.m. in Courtroom C*) is, as a result of the case's reassignment to Judge Phyllis J. Hamilton, RENOTICED to the following date time and location:

**MetLife's Motion To Dismiss will be heard at 9:00 a.m., on Wednesday, October 29, 2008, in Courtroom 3, 17th Floor, located at 450 Golden Avenue, San Francisco, California 94102.**

Dated: August 26, 2008                    BARGER & WOLEN LLP

By: /s/ *signature*
ROYAL F. OAKES
MICHAEL A.S. NEWMAN
Attorneys for Defendant
Metropolitan Life Insurance Company

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-
RE-NOTICE OF MOTION TO DISMISS