Richard Johnston - SBN 124524
131-A Stony Circle, Suite 500
Santa Rosa, California 95401
Telephone (707) 577-7422
Facsimile (707) 837-9532

Attorney for Plaintiff
Linda Wren

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA WREN, | Case No. C 08-3361 PJH |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING ON PARTIAL SUMMARY JUDGMENT AND [PROPOSED] ORDER THEREON** |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY; and Does 1 to 50 Inclusive, | **Date:** June 3, 2009<br>**Time:** 9:00 a.m.<br>**Courtroom:** 5, 17th Floor |
| Defendants. | Hon. Phyllis J. Hamilton |

The parties in this action, through their respective counsel of record, hereby stipulate as follows:

1. That the hearing on the Motion for Partial Summary Judgment filed on April 29, 2009, by defendant Metropolitan Life Insurance Company, be continued to June 24, 2009, and that the due dates for the parties' briefing be continued accordingly, such that plaintiff's opposition papers are to be filed no later than June 3, 2009, and defendant's reply papers are to be filed no later than June 10, 2009.  The parties agree that the stipulated continuance will facilitate settlement discussions between the parties which may resolve the case and moot the pending partial summary judgment motion, and that proceeding with the motion as currently

STIPULATION TO CONTINUE HEARING ON
PARTIAL SUMMARY JUDGMENT MOTION AND
PROPOSED ORDER THEREON

1  scheduled would likely impede and render more difficult efforts at settlement.

2

3

4  Dated: May 12, 2009

5                                              /s/

6  Richard Johnston
   Attorney for Plaintiff
   Linda Wren

7

8  Dated: May 12, 2009                        Barger & Wolen LLP

9                                              /s/

10 By: Michael A.S. Newman
   Attorneys for Defendant
   Metropolitan Life Insurance Company

11

12                               **[~~Proposed~~] Order**

13 The court, having considered the foregoing stipulation and good cause appearing

14 therefore,

15 IT IS ORDERED that the hearing on defendant Metropolitan Life Insurance Company's

16 pending partial summary judgment motion, originally noticed for June 3, 2009, is continued to

17 June 24, 2009, at 9:00 a.m. Plaintiff's opposition papers are to be filed no later than June 3,

18 2009, and defendant's reply papers are to be filed no later than June 10, 2009.

19

20 Dated: _____May 15_____, 2009

21

22                         Phyllis J. Hamilton
   Judge, United States District Court

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton]*

28 _____
STIPULATION TO CONTINUE HEARING ON
PARTIAL SUMMARY JUDGMENT MOTION AND
PROPOSED ORDER THEREON           2