UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDA WREN,

    Plaintiff,

    v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.
_____/

No. C 08-3361 PJH

**ORDER**

Counsel for plaintiff in the above-entitled action having filed a notice of settlement, the court hereby TERMINATES defendant's motion for partial summary judgment, and VACATES the August 19, 2009 hearing date.

**IT IS SO ORDERED.**

Dated: July 29, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge