1  Richard Johnston - SBN 124524
   131-A Stony Circle, Suite 500
2  Santa Rosa, California 95401
   Telephone (707) 577-7422
3  Facsimile (707) 837-9532

4  Attorney for Plaintiff
   Linda Wren
5

6  Royal F. Oakes (80480), roakes@barwol.com
   Michael A.S. Newman (205299), mnewman@barwol.com
7  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
8  Los Angeles, California 90071
   Telephone: (213) 680-2800
9  Facsimile: (213) 614-7399

10 Attorneys for Defendant
   Metropolitan Life Insurance Company
11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA WREN, | Case No. C 08-3361 PJH |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | Hon. Phyllis J. Hamilton |
| METROPOLITAN LIFE INSURANCE COMPANY; and Does 1 to 50 Inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff Linda Wren and Defendant Metropolitan Life Insurance Company, through their respective counsel of record, that this matter be dismissed in its entirety with prejudice, each party to bear its own attorney fees and

STIPULATION FOR DISMISSAL

costs.

Respectfully submitted,

Dated: September 3, 2009

/s/
Richard Johnston
Attorney for Plaintiff
Linda Wren


BARGER & WOLEN LLP

/s/
By: Michael A.S. Newman
Attorneys for Defendant
Metropolitan Life Insurance Company

**IT IS SO ORDERED**

Dated: October 13, 2009

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION FOR DISMISSAL        2